# In Re Roger GERDES, Jr.

## No. 03–0877.

Supreme Court of Texas.

Sept. 29, 2003.

Linda Carol Reese, Robert P. Houston, Victoria, Cynthia T. Sheppard, Cuero, for relator.

Murray Fogler, Houston, for real party in interest.

PER CURIAM.

The relator filed a petition for writ of mandamus in this Court on June 17, 2003. On September 19, 2003, the court of appeals denied the relator's petition for writ of habeas corpus because the petition for writ of mandamus pending in this Court raised similar issues. We denied the petition for writ of mandamus on September 25, 2003. *In re Roger Gerdes, Jr.*, No. 03–0543 (Tex. Sept. 25, 2003). In light of our disposition of the petition for writ of mandamus, we dismiss the petition for writ of habeas corpus without prejudice to allow the court of appeals an opportunity to consider the merits of the relator's petition for writ of habeas corpus.

Justice ENOCH did not participate in the decision.